United States District Court
Southern District of Texas
FILED
MAR 2 0 2006
Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2006
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § | **CASE NO. L-06-CR-73** |
| | § | |
| **Jose Cruz Urbano Andrade** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on March 9, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 20 day of March, 2006.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE